UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN JOHNSTON AND EDWARD WILLMOTT, AS JOINT PROVISIONAL LIQUIDATORS ON BEHALF OF PDV INSURANCE COMPANY, LTD.<br><br>                      Plaintiffs,<br><br>v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA.<br><br>                      Defendant. | Civil Action No. _____<br><br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify as follows:

      Plaintiffs John Johnston and Edward Wilmott of Deloitte Ltd., are individuals that have been appointed as Joint Provisional Liquidators of PDV Insurance Company, Ltd., which is a wholly-owned subsidiary of Petroleos de Venezuela, SA.

Dated: October 31, 2023

                          STEVENS & LEE, P.C.

                          By:   */s/ Nicholas F. Kajon*
                                 Nicholas F. Kajon
                                 485 Madison Avenue, 20th Floor
                                 New York, New York 10022
                                 Telephone: 212-319-8500
                                 nfk@stevenslee.com

                                 *Counsel for John Johnston and Edward Wilmott, in their capacity as Joint Provisional Liquidators and Foreign Representatives of PDV Insurance Company, LTD.*