# Stevens & Lee

485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
www.stevenslee.com

T: (609) 243-6428
wade.koenecke@stevenslee.com

July 14, 2026

VIA ECF

Hon. Jed. S. Rakoff
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *John Johnston and Edward Willmott, as Joint Provisional Liquidators on behalf of PDV Insurance Company, Ltd. v. The Bolivarian Republic of Venezuela*
      Case No. 1:23-cv-09561(JSR)

Dear Judge Rakoff:

We write as counsel for plaintiffs John Johnston and Edward Willmott of Deloitte Financial Advisory Ltd, as Joint Provisional Liquidators ("JPLs") of PDV Insurance Company, Ltd. ("PDVIC") in the above captioned action. As requested by the Court, we write to provide a status update, including an explanation as to why Plaintiffs have not yet moved for default judgment.

PDVIC is the beneficial owner of two Bolivarian Republic of Venezuela ("Venezuela) bonds with a nominal combined value of $65,799,000 plus unpaid interest. Both bonds remain in default. The JPLs commenced this action against Venezuela to recover on the defaulted bonds and preserve claims. Venezuela failed to answer or other respond to the complaint.

Following the Clerk's Certificate of Default against Venezuela entered on June 20, 2024, Dkt. 14, the JPLs began corresponding with a recognized representative of Venezuela known as the Consejo de Administración y Protección de Activos, also known as the Council for Administration and Protection of Assets ("CAPA"). The Venezuelan National Assembly, which is the only representative of the Venezuelan state presently recognized by the United States, established CAPA to defend and administer Venezuela's assets abroad.

Through this correspondence, JPLs and CAPA aimed to resolve the subject defaulted bonds. On September 11, 2025, the JPLs received a proposal from CAPA to resolve the defaulted

---

PENNSYLVANIA   |   NEW JERSEY   |   DELAWARE   |   NEW YORK   |   RHODE ISLAND   |   FLORIDA

SL1 4388210v1 112150.00001

# Stevens&Lee

Hon. Jed. S. Rakoff
July 14, 2026
Page 2


bonds. By November 2025, a Term Sheet with CAPA was nearing completion. It should be noted that CAPA declined to enter an appearance in this action.

The JPLs, however, have been unable to finalize the Term Sheet or continue discussions with CAPA because the JPLs have been unable to renew their Office of Foreign Assets Control ("OFAC") license, which expired on November 30, 2025. This license is required because of United States sanctions against Venezuela.

While the JPLs have received ten OFAC licenses to date, recent governmental events have prevented the JPLs from renewing their OFAC license. Due to the United States federal government shutdown, the OFAC portal (to which license applications are submitted) was not operational in October and early November 2025. When the governmental shutdown ended on November 13, 2025, the JPLs submitted their OFAC renewal application that same day. That renewal application has yet to be processed. It is the understanding of the JPLs that ongoing geopolitical disputes between United States and Venezuela may also be delaying OFAC renewal applications.

The JPLs have not filed their default judgment application against Venezuela as they hope to soon renew their OFAC license and finalize their Term Sheet with CAPA. This approach conserves judicial resources while at the same time provides the JPLs with a meaningful opportunity to receive a recovery from Venezuela, an outcome that will otherwise be difficult to achieve due to ongoing geopolitical events and challenges related to recovering a judgment against a sovereign country.

The JPLs therefore respectfully request that this action remain open so that the JPLs can renew their OFAC license, finalize their negotiations with CAPA and, if necessary, file their default application against Venezuela. The JPLs will promptly advise the Court of any updates.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

/s/ Wade D. Koenecke_____
Wade D. Koenecke, Esquire (pro hac vice)
**STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
wade.koenecke@stevenslee.com

*Counsel for Plaintiffs John Johnston and Edward Wilmott, in their capacity as Joint Provisional Liquidators and Foreign Representatives of PDV Insurance Company, Ltd.*

SL1 4388210v1 112150.00001